JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE PATRICK OSIO,<br><br>        Petitioner,<br><br>    v.<br><br>DONALD H. BLEVINS, CHIEF PROBATION OFFICER, LOS ANGELES COUNTY,<br><br>        Respondent. | CASE NO. CV 10-6897-JFW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed.

DATED:     September 23, 2010.


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~3560935.wpd